**John ALLEN, Plaintiff–Appellant,**

v.

**Ron ANGELONE; Gene Johnson, D.O.C. Operator; Richard Young, Former Regional Director; Larry Huffman, Regional Director; Paige True, Former Warden, Red Onion State Prison; J. Armentrout, Assistant Warden, Red Onion State Prison; Daniel Braxton, Warden, Red Onion State Prison; S. Mullins, Mailroom Staff; T. Pease, Mailroom Staff, Red Onion State Prison, Defendants–Appellees.**

**No. 02–7678.**

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 16, 2003.

Decided Jan. 27, 2003.

John Allen, Appellant Pro Se.

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

John Allen seeks to appeal the district court's order dismissing some but not all defendants in his 42 U.S.C. § 1983 (2000) action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Allen seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*